UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MASSIMILIANO TORTORA and
CRISTINA BRAIATO,

        Plaintiffs,

v.                                       Case No:   6:25-cv-877-JSS-LHP

MANNYS CUCINA NAPOLETANA
LLC, EMANUELE FERRAIUOLO and
TINAMARIE LORI,

        Defendants

_____

## ORDER

Before the Court is Plaintiff's Motion for Default Against Defendants.  Doc. No. 12.  Upon consideration, the motion will be **DENIED without prejudice**.

First, the motion is patently untimely, with no explanation.  *See* Local Rule 1.10(b), (d).  Second, the motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b)—a lone citation to Rule 55(a) does not suffice.  Third, and relatedly, the motion fails to demonstrate, by citation to legal authority or otherwise, that each Defendant was properly served.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009)

(before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).[1]

Accordingly, it is **ORDERED** that Plaintiff's motion (Doc. No. 12) is **DENIED without prejudice**.  Within **fourteen (14) days** of the date of this Order, Plaintiff shall **SHOW CAUSE** in writing why this matter should not be dismissed without prejudice for failure to timely seek default.  *See* Local Rule 1.10(b), (d).

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Notably, the returns of service provide differing and inconsistent statements as to how service was effected on each Defendant.   As it relates to Mannys Cucina Napoletana LLC, the return first states that service was effected on "John Doe," with Plaintiff failing to address how service on said Jonn Doe would suffice.   Doc. No. 11.   Then, however, the return states that documents were left with "the son of one of the defendants" at a residence.   *Id.*   As to Emanuele Ferraiuolo, the return first states that the documents were left with a roommate, then the return states that they were left with "the son of one of the defendants."   Doc. No. 9; *see also* Doc. No. 10.

- 2 -