# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MASSIMILIANO TORTORA and
CRISTINA BRAIATO,

      Plaintiffs,

v.                                                  Case No:   6:25-cv-877-JSS-LHP

MANNYS CUCINA NAPOLETANA
LLC, EMANUELE FERRAIUOLO and
TINAMARIE LORI,

      Defendants

---

## ORDER

Before the Court is Plaintiffs' Renewed Motion for Clerk's Default Against Defendants. Doc. No. 21. According to the motion and related returns of service, service on all Defendants was effected at a residential address, 1431 DeGroodt SW, Palm Bay, Florida 32908, on December 31, 2025, by leaving a copy of the summonses, complaint, and related filings with Defendant Lori's son, who is fifteen years old. Doc. Nos. 18–21.

Upon consideration, the motion and returns of service all contain the full name of the minor son with whom the service documents were left, in violation of Federal Rule of Civil Procedure 5.2. *See* Fed. R. Civ. P. 5.2(a)(3). Accordingly, the

documents (Doc. Nos. 18–21) will be **STRICKEN**, without prejudice to refiling in full compliance with Rule 5.2.

The Court also notes that the motion says that Defendant "Tinamarie Lori" is the registered agent for Defendant "Mannys Cucina Napoletena LLC," according to records from the Florida Division of Corporations.   Doc. No. 21, at 2.   However, records for Florida Division of Corporations reflect information for only a "Manny's Cucina Napoletana, LLC," and for that entity, the registered agent is listed as "Tinamarie Iori."   Plaintiff does not explain these discrepancies in the parties' names by the present motion.   Doc. No. 21.

Accordingly, the motion (Doc. No. 21) and returns of service (Doc. Nos. 18–20) are **ORDERED stricken**, and the Clerk of Court is **DIRECTED** to remove the filings from the docket.   Within **fourteen (14) days** of the date of this Order, Plaintiff shall file amended returns of service and a renewed motion in full compliance with Rule 5.2.   In the renewed motion, Plaintiff must explain the propriety of seeking Clerk's default given the discrepancies in the spellings of two parties' names.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record