## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MASSIMILIANO TORTORA,
CRISTINA BRAIATO,

      Plaintiffs,

      v.                     Case No.:  6:25-cv-00877-JSS-LHP

MANNYS CUCINA
NAPOLETANA LLC, EMANUELE
FERRAIUOLO, AND TINAMARIE
IORI,

      Defendants,

---

### ORDER

Before the Court is Defendants' Emergency Motion to Set Aside Clerk's Default, Motion to Stay Default Judgment Proceedings, and Incorporated Memorandum of Law.  Doc. No. 41.  Upon consideration, the motion (Doc. No. 41) is **DENIED without prejudice** for failure to comply with the Court's Local Rules. The motion fails to include a memorandum of legal authority as required by Local Rule 3.01(b).  The motion also fails to include a certificate of conferral with Plaintiffs as required by Local Rule 3.01(g).  The motion is further titled as an "emergency," but does not comply with Local Rule 3.01(f).  Nor does the Court find the matter to be an emergency. Defendants are cautioned that an unwarranted designation of a motion as an emergency can result in the imposition of sanctions.  Local Rule 3.01(f).

Defendants are directed to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Defendant can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then clicking on "Litigants without Lawyers." The Local Rules are also available on the website, at https://www.flmd.uscourts.gov/local-rules/filing-a-case.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-